UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

O.W., a minor child, by and through his legal guardian, TIFFANY HASKINS,

Plaintiff,

v.

TACOMA PUBLIC SCHOOLS, a political subdivision of the State of Washington, KATHLEEN SKAAR, REGINA RAINBOLT (f/k/a REGINA LAKE), Does 1-10, individually,

Defendants.

No.  3:24-CV-05865

**REVISED ORDER APPROVING MINOR SETTLEMENT**

Before the Court is Plaintiff's petition for Court approval to settle the minor's claim. The Court has reviewed: Plaintiff's petition for approval; the report of the Settlement Guardian ad Litem (SGAL), Joshua Brothers; the Court's hearing with SGAL Mr. Brothers, Plaintiff counsel, and Defense counsel; the supplemental report of SGAL Mr. Brothers; the supplemental fees of the SGAL Mr. Brothers; the special needs trustee and special needs trust itself. At the last hearing on May 26, 2026, the Court approved Josh Brothers to draft the

REVISED ORDER APPROVING MINOR SETTLEMENT - 1 of 5
Case No.: 3:24-CV-05865

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

special needs trust. The Court has reviewed and approved the SGAL supplemental report, SGAL supplemental fees, the special needs trustee, and approves of the special needs trust itself.

Therefore, it is:

1.    ORDERED that the settlement proposal in the amount of $2,650,000.00 for O.W., a minor, shall be and hereby is approved by the Court as reasonable and appropriate. It is further,

2.    ORDERED that Tiffany Haskins shall execute the appropriate Release or other documents required for the settlement of O.W.'s claim. It is further,

3.    ORDERED that Defendants shall make payment in the amount of $2,650,000.00 to "Connelly Law Offices, PLLC in trust for O.W." to be disbursed for the benefit of the client and for attorneys' fees and costs, as follows:

| | |
|---|---|
| To Connelly Law Offices for Attorney's Fees | $424,000.00 |
| To Walkup, Melodia, Kelly & Schoenberger, APC for Attorney's Fees | $424,000.00 |
| To Peter Alfert, Esq. for Attorney's Fees | $212,000.00 |
| To Connelly Law Offices for Litigation Costs | $31,191.77 |
| To Walkup, Melodia, Kelly & Schoenberger, PC for Litigation Costs | $84,997.58 |
| To Trust Drafter Josh Brothers | $4,000.00 |
| To SGAL for Additional Fees and Costs | $2,697.50 |
| Holdback for Costs | $10,000.00[1] |

---

[1] Any amount remaining from the cost holdback will be distributed pursuant to Section XIV of the SGAL Report, pp. 14-18.

REVISED ORDER APPROVING MINOR SETTLEMENT - 2 of 5
Case No.: 3:24-CV-05865

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

Special Needs Trust for the benefit of O.W.          $1,457,113.15

4.    ORDERED that Defendants shall make payment to Brothers Henderson Durkin, P.S., for Joshua Brothers' services as the SGAL in the amount of $7,500.00 pursuant to the agreement between the parties.

5.    ORDERED that the  special needs trust  prepared by Brothers Henderson Durkin, P.S., for the benefit of O.W. with a term of O.W.'s life is approved.

6.    ORDERED that Members® Trust Company, a federally chartered thrift, doing business as BECU Trust Services is appointed to serve as the Trustee of the O.W. Trust with responsibility for the financial management, discretionary distributions, and general administration of the Trust. It is further,

7.    ORDERED that the original Trust Agreement shall be delivered to the Trustee to be kept as a permanent Trust record. It is further,

8.    ORDERED that the settlement proceeds are not considered to have been received by, to be available to, or to have come into the possession or under the control of O.W.. It is further,

9.    ORDERED that the special needs trust for the benefit of O.W. is considered a "grantor" trust for tax purposes, in consideration of the purposes for establishing the Trust and the underlying federal statute authorizing its use but said Trust is not a grantor trust for any other purpose. It is further,

10.    ORDERED that all common law rights of revocation that may be considered available to O.W. as beneficiary thereunder (as technical grantor) are specifically abrogated by the Court. It is further,

REVISED ORDER APPROVING MINOR SETTLEMENT - 3 of 5
Case No.: 3:24-CV-05865

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

11. ORDERED that attorneys for O.W. are authorized and directed to distribute the settlement proceeds to the Trustee of the O.W. Trust. It is further,

12. ORDERED that the Trustee of the O.W. Trust is directed to file a Receipt of Funds with this Court for settlement proceeds it receives for O.W. herein and deliver copies thereof to Plaintiff's counsel and the Settlement Guardian ad Litem within sixty (60) days of the approval of the Trust. It is further,

13. ORDERED that the Trustee of the O.W. Trust is directed to open a new "4" case number with Pierce County Superior Court to administer the O.W. Trust and to file copies of the Orders approving the settlement and Trust and the Trust Agreement for the O.W. Trust under the new "4" case number. It is further,

14. ORDERED that the Trustee is directed to submit and present for approval regular reports of trustee and other accounting information with Pierce County Superior Court annually, and those Reports and Accountings shall be filed within ninety (90) days of the one-year anniversary date of the Trustee's appointment. It is further,

15. ORDERED that Brothers Henderson Durkin, P.S. and its attorneys are authorized to represent any Trustee of the O.W. Trust in the event the Trustee wishes to retain said law firm. It is further,

16. ORDERED that the SGAL shall be discharged upon the filing of the Receipt of Funds by the Court-appointed Trustee.

REVISED ORDER APPROVING MINOR SETTLEMENT - 4 of 5
Case No.: 3:24-CV-05865

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

Dated this 7th day of July, 2026.

_____

Honorable Judge Benjamin H. Settle
United States District Judge

Presented By:
CONNELLY LAW OFFICES, PLLC

By _____

Jackson R. Pahlke, WSBA No. 52812
jpahlke@connelly-law.com
Connelly Law Offices, PLLC
2301 N. 30th Street
Tacoma, WA 98403
Ph: (253) 593-5100 / Fax: (253) 593-0380

REVISED ORDER APPROVING MINOR SETTLEMENT - 5 of 5
Case No.: 3:24-CV-05865

CONNELLY LAW OFFICES, PLLC
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax